# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sneha Amin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00107-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Alejandro Mayorkas | ) | |
| Tracy Renaud | | |
| Merrick Garland | | |
| Christopher M. Heffron**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 2, 2021 Order.

December 2, 2021

Frank G. Johns, Clerk
United States District Court